435 A.2d 662

Commonwealth v. Smith, Appellant.

Submitted December 5, 1980. Thomas G. Klingen-

smith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.